```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  TIGRAN OHANIAN, et al.                                    :
                            Plaintiffs                      :
                                                            :        20 Civ. 5162 (LGS)
                -against-                                   :
                                                            :             ORDER
  APPLE, INC., et al.                                       :
                            Defendants.                     :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for August 27, 2020;

WHEREAS, in the parties' joint letter, Defendants stated their intentions to file motions to compel arbitration and/or motions to dismiss. (Dkt. No. 24).

WHEREAS, Defendants' deadline to answer or otherwise respond to the Complaint is September 3, 2020. (Dkt. Nos. 13 and 18). It is hereby

**ORDERED** that the August 27, 2020, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan will issue in a separate order. Discovery will not be bifurcated. The parties should be aware that the Court does not extend the deadlines for discovery absent compelling circumstances. It is further

**ORDERED** that by **September 3, 2020**, in addition to Defendants' answers or pre-motion letters proposing a motion to dismiss per Individual Rule III.C.2, Defendants shall file their motions to compel arbitration, and separately, an application to stay discovery not to exceed three (3) pages. The parties shall agree upon a briefing schedule for the motions to compel arbitration and notify the Court of the schedule. The parties shall comply with the Individual Rules' and Emergency Individual Rules' provisions on page limits, exhibits and courtesy copies.

When appropriate, Plaintiff shall file a pre-motion letter, in accordance with the Individual Rules, regarding its proposed motion for class certification, including a jointly proposed briefing schedule.

Dated: August 25, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**