

September 10, 2020

<u>Via ECF</u>

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:   *Ohanian, et al. v. Apple Inc., et al.*
                <u>Case No. 20-cv-05162 (LGS)</u>

Dear Judge Schofield:

      This law firm represents Plaintiffs Tigran Ohanian and Regge Lopez in the above-captioned action. Pursuant to the Court's September 4, 2020 Order (Dkt. No. 39), we write in response to Defendants Apple Inc. and T-Mobile USA, Inc.'s letter motion dated September 3, 2020 (Dkt. No. 35) requesting that the Court stay all discovery in this action pending the resolution of Defendants' pending motions to compel arbitration (Dkt. Nos. 30 and 33).

      Without waiving any of Plaintiffs' arguments concerning the merit of Defendants' respective motions to compel arbitration – which Plaintiffs will oppose in accordance with the briefing schedule entered by the Court on September 4, 2020 (Dkt. No. 39) – <u>Plaintiffs do not oppose a stay of discovery with the exception of Initial Disclosures.</u>

      Pursuant to the Court's August 25, 2020 Order (Dkt. No. 26), the parties' Initial Disclosures are to be completed by today, September 10, 2020, and Plaintiffs plan to comply with that deadline. Initial Disclosures would constitute little to no burden on Defendants, and are routinely completed during the early stages of litigation, even when a stay of discovery is sought.

      We thank the Court for its time and attention to this matter.

                                              Respectfully,

                                              /s/ Aaron J. Solomon

                                              Aaron J. Solomon, Esq.

cc: All Counsel of Record (via ECF)

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM