UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIGRAN OHANIAN, et al.
                Plaintiffs

                20 Civ. 5162 (LGS)

      -against-

                ORDER

APPLE, INC., et al.
                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendants filed an application to stay discovery pending resolution of the motion to compel arbitration and stay the case (Dkt. No. 35);

      WHEREAS, Plaintiffs do not oppose a stay of discovery with the exception of initial disclosures (Dkt. No. 40).  It is hereby

      **ORDERED** that Defendants' application is GRANTED.  All discovery and disclosure obligations are stayed pending resolution of the motion to compel arbitration.

      The Clerk of Court is respectfully directed to close Dkt. No. 35.

Dated: September 11, 2020
       New York, New York

                              **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**