UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TIGRAN OHANIAN, et al.                                      :
                           Plaintiffs                       :
                                                            :     20 Civ. 5162 (LGS)
         -against-                                          :
                                                            :     ORDER
APPLE, INC., et al.                                         :
                           Defendants.                      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs filed a notice of voluntary dismissal without prejudice, providing notice that Plaintiff Regge Lopez voluntarily dismissed his claims, without prejudice, against Defendant T-Mobile USA, Inc. (Dkt. No. 44).  Plaintiff Tigran Ohanian's claims against Defendant T-Mobile USA, Inc. were not dismissed;

WHEREAS, the Court inadvertently terminated Defendant T-Mobile USA, Inc. from the action (Dkt. No. 40).  It is hereby

**ORDERED** that only Plaintiff Lopez's claims were dismissed, without prejudice, against Defendant T-Mobile USA, Inc., and Plaintiff Ohanian's claims survive.

The Clerk of Court is respectfully directed to reinstate Defendant T-Mobile USA, Inc. as a party to this action.

Dated: October 27, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE