UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
TIGRAN OHANIAN, et al.                          :
              Plaintiffs     :
:   20 Civ. 5162 (LGS)
      -against-                               :
:   ORDER
APPLE, INC., et al.                                   :
             Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held today to discuss, among other issues, Plaintiff Ohanian's and Defendant T-Mobile USA Inc.'s ("T-Mobile") proposal on how to proceed with resolving the factual issue of whether Plaintiff Ohanian agreed to arbitrate with Defendant T-Mobile (Dkt. No. 53). For the reasons stated at the conference, it is hereby

**ORDERED** that a bench trial will be held to resolve the issue of whether Plaintiff Ohanian agreed to arbitrate with Defendant T-Mobile. It is further

**ORDERED** that Plaintiff Ohanian shall be deposed remotely by video from any place he chooses to be located that will permit the deposition. Plaintiff Ohanian shall file a letter by **April 2, 2021**, apprising the Court of the earliest date he can be available for a video deposition and, if possible, providing a date agreed on by the Plaintiff and T-Mobile for such deposition. A scheduling order setting deadlines for limited discovery on whether Ohanian agreed to arbitrate will enter after the letter is filed. It is further

**ORDERED** that Plaintiff Lopez and Defendant Apple, Inc. shall meet and confer on a schedule for fact discovery excluding depositions on the merits of Plaintiff Lopez's claims and shall file a proposed Case Management Plan by **April 2, 2021**.

Dated: March 25, 2021
      New York, New York

                                                              LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE