UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIGRAN OHANIAN, individually and on behalf of all other persons similarly situated, and REGGE LOPEZ, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>APPLE INC. and T-MOBILE USA, INC.,<br><br>Defendants. | Case No. 1:20-cv-05162 |

**NOTICE OF APPLE INC.'S MOTION TO DISMISS
PLAINTIFF REGGE LOPEZ'S CLAIMS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f), and upon the accompanying Memorandum of Law in Support of Defendant Apple Inc.'s Motion to Dismiss, the Declaration of Hannah Y. Chanoine dated April 30, 2021, and the Request for Judicial Notice submitted herewith, and upon all pleadings and proceedings previously had herein, Apple will move this Court, at the United States District Courthouse located at 40 Foley Square, New York, New York 10007, to dismiss Plaintiff Lopez's claims against Apple with prejudice and/or strike the nationwide class claims and granting any such other and further relief as the Court deems just.

| | |
|---|---|
| Dated: April 30, 2021<br>New York, New York | **O'MELVENY & MYERS LLP**<br><br>By: /s/ *Hannah Y. Chanoine*<br><br>Hannah Y. Chanoine<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile:  (212) 326-2061<br><br>Matthew D. Powers (*pro hac vice*)<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 984-8700<br>Facsimile:   (415) 984-8701<br><br>Kelsey M. Larson (*pro hac vice*)<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071<br>Telephone:  (213) 430-6000<br>Facsimile:  (213) 430-6407<br><br>*Attorneys for Defendant Apple Inc.* |