UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                               :

TIGRAN OHANIAN, et al.,                 :

                          Plaintiffs,  :                20 Civ. 5162 (LGS)

                   -against-        :

                                     :                  ORDER

APPLE INC., et al.,                   :

                      Defendants. :

                                     :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a bench trial is scheduled to commence on **October 13, 2021, at 2:00 p.m.**;

       WHEREAS, by letter dated September 1, 2021, the parties expressed a desire to proceed in person;

       WHEREAS, there are limited courtrooms equipped for in-person proceedings during ongoing COVID-19 protocols.  It is hereby

       **ORDERED** that the parties shall be prepared to proceed virtually on October 13, 2021, in the event a courtroom is not available.

Dated: September 8, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE