UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIGRAN OHANIAN, et al.,
                           Plaintiffs,

             -against-

APPLE, INC., et al.,
                           Defendants.
------------------------------------------------------------X

20 Civ. 5162 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 2, 2021, scheduled a final pretrial conference for October 7, 2021, at 3:00 P.M.  It is hereby

**ORDERED** that the October 7, 2021, final pretrial conference is rescheduled to **October 7, 2021, at 2:00 P.M.** The conference will be held on conference line: **888-363-4749, access code: 558-3333**.

Dated: September 24, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**