**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIGRAN OHANIAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, AND REGGE LOPEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, <br><br>          Plaintiffs, <br><br> v. <br><br> APPLE INC. AND T-MOBILE USA, INC. <br>          Defendants. | Case No. 1:20-cv-05162 (LGS) <br><br> **T-MOBILE USA, INC.'S NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying memorandum of law and all prior papers, pleadings, and proceedings in this action, Defendant T-Mobile USA, Inc. ("T-Mobile"), by its undersigned attorneys, Alston & Bird LLP, will move on a date convenient to the Court, before the Honorable Lorna G. Schofield, in the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order (i) dismissing Plaintiff Tigran Ohanian's claims against T-Mobile with prejudice, and (ii) granting such other and further relief as this Court deems just and proper.

Dated: January 31, 2022

Respectfully submitted,

*/s/ Brett D. Jaffe*
Brett D. Jaffe
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: brett.jaffe@alston.com

Kristine M. Brown (*Pro Hac Vice*)
Derin B. Dickerson (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W Peachtree Street, Suite 4900
Atlanta GA 30309
(404) 881-7000 – Telephone
(404) 881-7777 – Facsimile
kristy.brown@alston.com
derin.dickerson@alston.com

Nathaniel R. Lee (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
(214) 922-3400 – Telephone
(214) 922-3899 – Facsimile
nathan.lee@alston.com

**ATTORNEYS FOR DEFENDANT
T-MOBILE USA, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on January 31, 2022, I caused to be served a copy of the foregoing Notice of Motion to Dismiss Amended Complaint via the Court's ECF system on all counsel of record registered through that system to receive electronic filings in this case.

Respectfully submitted,

*/s/ Brett D. Jaffee*
Brett D. Jaffe
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: brett.jaffe@alston.com