UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TIGRAN OHANIAN, ET AL.,                                     :
                                   Plaintiffs,              :
                                                            :        20 Civ. 5162 (LGS)
            -against-                                       :
                                                            :             ORDER
APPLE INC., ET AL.,                                         :
                                   Defendants.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 6, 2022, directed the parties to file a joint letter by April 20, 2022, stating whether they have reached agreement on the terms of dismissal, unless a stipulation of dismissal is filed before that date (Dkt. No. 147);

WHEREAS, on April 19, 2022, the parties attempted to file a stipulation of voluntary dismissal (Dkt. No. 148);

WHEREAS, on April 20, 2022, the Clerk of Court notified the parties' attorneys that the stipulation was deficient because it was not signed with ink signatures by all parties who have appeared and must be refiled.  It is hereby

**ORDERED** that by April 29, 2022, the parties shall refile the stipulation of voluntary dismissal in accordance with the instructions of the Clerk of Court or file a joint letter with a status update.

Dated: April 27, 2022
       New York, New York

                                                            _____
                                                            LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE