**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

TIGRAN OHANIAN, ET AL.,

                      Plaintiffs,

-against-

APPLE, INC., ET AL.,

                      Defendants.

------------------------------------------------------------X

20 **CIVIL** 5162 (LGS)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated May 2, 2022, judgment is entered in favor of Defendants.

**Dated:**  New York, New York

       May 2, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/2022